No. 108, Orig. NEBRASKA v. WYOMING ET AL. Motions of National Audubon Society and Platte River Whooping Crane Critical Habitat Maintenance Trust for leave to file briefs as *amici curiae* granted. [For earlier order herein, see, *e. g.*, 502 U. S. 1055.]

No. 90–747. UNITED STATES DEPARTMENT OF STATE v. RAY ET AL., 502 U. S. 164. Motion of respondents to retax costs denied. JUSTICE BLACKMUN would grant this motion.

No. 90–1676. GADE, DIRECTOR, ILLINOIS ENVIRONMENTAL PROTECTION AGENCY v. NATIONAL SOLID WASTES MANAGEMENT ASSN. C. A. 7th Cir. [Certiorari granted, 502 U. S. 1012.] Motion of the Solicitor General to permit William K. Kelly, Esq., to present oral argument *pro hac vice* granted.

No. 91–17. ESTATE OF COWART v. NICKLOS DRILLING CO. ET AL. C. A. 5th Cir. [Certiorari granted, 502 U. S. 1003.] Motions of Petroleum Helicopters, Inc., et al. and National Association of Stevedores et al. for leave to file briefs as *amici curiae* granted.

No. 91–542. WRIGHT, WARDEN, ET AL. v. WEST. C. A. 4th Cir. [Certiorari granted, 502 U. S. 1012.] Motion of the Attorney General of North Dakota to withdraw as *amicus curiae* granted.

No. 91–543. NEW YORK v. UNITED STATES ET AL.;
No. 91–558. COUNTY OF ALLEGANY, NEW YORK v. UNITED STATES ET AL.; and
No. 91–563. COUNTY OF CORTLAND, NEW YORK v. UNITED STATES ET AL. C. A. 2d Cir. [Certiorari granted, 502 U. S. 1023.] Motion of respondents Washington et al. for divided argument granted.

No. 91–763. REPUBLIC OF ARGENTINA ET AL. v. WELTOVER, INC., ET AL. C. A. 2d Cir. [Certiorari granted, 502 U. S. 1024.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–786. CLARKE v. LOMA LINDA FOODS, INC., ET AL., 502 U. S. 1034. Respondents are invited to file a response to the petition for rehearing within 30 days.